```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 06 B 10492
   ROBERT L JENKINS JR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3263


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/25/2006 and was confirmed 01/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

     The case was dismissed after confirmation 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED NOT I    1232.00          .00           .00
ARONSON FURNITURE          SECURED           770.00          .00        223.61
ARONSON FURNITURE          UNSECURED         531.56          .00           .00
CAPITAL ONE AUTO FINANCE   SECURED          8459.96       907.11       2155.82
CAPITAL ONE AUTO FINANCE   UNSECURED       NOT FILED         .00           .00
TURNER ACCEPTANCE          SECURED          5808.92       495.01       3197.93
74TH STREET DEPOT FEDERA   UNSECURED         4503.76         .00           .00
ASTRO TITLE LENDERS        UNSECURED       NOT FILED         .00           .00
ASTRO TITLE LENDERS        UNSECURED       NOT FILED         .00           .00
AMERICAS CREDIT JEWELERS   SECURED          1000.00          .00        223.38
APOLLO GROUP INC           UNSECURED       NOT FILED         .00           .00
AR RESOURCES               UNSECURED       NOT FILED         .00           .00
ASSOCIATED CREDITORS EXC   UNSECURED       NOT FILED         .00           .00
ATTORNEY GENERAL UNEMPLO   NOTICE ONLY     NOT FILED         .00           .00
CAPITAL ONE AUTO FINANCE   UNSECURED        16318.83         .00           .00
CASH ADVANCE               UNSECURED       NOT FILED         .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED         .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED         .00           .00
HSBC BANK NEVADA/HSBC CA   UNSECURED          570.61         .00           .00
NATIONWIDE CREDIT & COLL   UNSECURED       NOT FILED         .00           .00
NCO FIN                    UNSECURED       NOT FILED         .00           .00
ONYX ACCEPTANCE CORP       NOTICE ONLY     NOT FILED         .00           .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED         .00           .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED         .00           .00
UNITED STUDENT AID FUNDS   UNSECURED         1205.47         .00           .00
SANTA BARBARA BANK & TRU   UNSECURED       NOT FILED         .00           .00
ILLINOIS DEPARTMENT OF E   UNSECURED       NOT FILED         .00           .00
AFNI/VERIZON WIRELESS      UNSECURED         1086.98         .00           .00
WEXLER & WEXLER            UNSECURED       NOT FILED         .00           .00
74TH STREET DEPOT FEDERA   SECURED NOT I    1732.20          .00           .00
ARONSON FURNITURE          UNSECURED          137.55         .00           .00
UNITED STUDENT AID FUNDS   UNSECURED         1810.81         .00           .00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10492 ROBERT L JENKINS JR

```
UNITED STUDENT AID FUNDS  UNSECURED        2776.45                  .00              .00
JUANITA KENDRICK          NOTICE ONLY    NOT FILED                  .00              .00
AMERICAS CREDIT JEWELERS  UNSECURED         930.46                  .00              .00
ILLINOIS DEPT OF REVENUE  NOTICE ONLY    NOT FILED                  .00              .00
ROBERT J ADAMS & ASSOC    PRIORITY       NOT FILED                  .00              .00
TURNER ACCEPTANCE         UNSECURED        1138.50                  .00              .00
CHICAGO STATE UNIVERSITY  FILED LATE        655.00                  .00              .00
ASTRO TITLE LENDERS       SECURED NOT I    1022.37                  .00              .00
INTERNAL REVENUE SERVICE  UNSECURED        1028.00                  .00              .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     2,274.00                                249.49
TOM VAUGHN                TRUSTEE                                                 510.81
DEBTOR REFUND             REFUND                                                     .00
```

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 7,963.16

PRIORITY                                              .00
SECURED                                          5,800.74
    INTEREST                                     1,402.12
UNSECURED                                             .00
ADMINISTRATIVE                                     249.49
TRUSTEE COMPENSATION                               510.81
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                  7,963.16                 7,963.16

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 10/29/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 10492 ROBERT L JENKINS JR